1  PHILLIP A. TALBERT
   Acting United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:16-MJ-166 KJN
12 |                    Plaintiff,         | ORDER DIRECTING CALIFORNIA
   |                                       | DEPARTMENT OF CORRECTIONS AND
13 |          v.                           | REHABILITATION TO PRODUCE RECORDS
14 | PAUL SANDERS,                         | DATE: September 9, 2016
   |                                       | TIME: 2:00 P.m.
15 |                    Defendant.         | COURT: Hon. Kendall J. Newman

16

17      The United States respectfully requests that the Court order the California Department of

18 Corrections and Rehabilitation ("CDCR") to provide prisoner records for Paul Jervon Sanders to the

19 Government. Mr. Sanders has recently completed his term of custody with CDCR and has been

20 transferred to federal custody for adjudication of a petition alleging violation of his terms of supervised

21 release. Mr. Sanders was born on August 30, 1974, and his CDCR number is V38621. The

22 Government can provide Mr. Sanders' Social Security Number to the CDCR, if needed to locate his

23 prisoner records.

24      As requested by the Court, the Government has sought to obtain Mr. Sanders' CDCR records, to

25 advise the Court of any issues that occurred during Mr. Sanders' period of CDCR custody. A CDCR

26 official at the Sierra Conservation Center has asked for a court order, subpoena <u>duces tecum</u>, or

27

28

ORDER TO PRODUCE RECORDS                       1

1  authorization by Mr. Sanders to release these records.  The Government therefore requests the order.

2  Dated:  September 9, 2016                                          PHILLIP A. TALBERT
                                                                                       Acting United States Attorney

4                                                                           By:   /s/ OWEN ROTH
                                                                                       OWEN ROTH
5                                                                                      Assistant United States Attorney

7         The Government's request is granted, and the California Department of Corrections and

8  Rehabilitation is respectfully directed to produce records concerning Mr. Sanders to the Government, by

9  providing them to the Assistant U.S. Attorney making this application.  IT IS SO ORDERED.

11        Dated:  September 9, 2016

                                                                      _____
                                                                      KENDALL J. NEWMAN
                                                                      UNITED STATES MAGISTRATE JUDGE

ORDER TO PRODUCE RECORDS                                2