UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 12, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL SANDERS,

Defendant.

Case No. 2:16-mj-00166-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release PAUL SANDERS,

Case No. 2:16-mj-00166-KJN from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $ _____

    _X_ Unsecured Appearance Bond $ 100,000 unsecured bond, cosigned by Tamica Jones, and father.

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    _X_ (Other): Released under conditions of ~~probation~~ *Supervised release* previously imposed.

Issued at Sacramento, California on September 12, 2016 at 2:00 pm

By: *Carolyn K. Delaney* (signature)

Magistrate Judge Carolyn K. Delaney